## Commonwealth ex rel. Steinman *v.* Steinman, Appellant.

Argued March 21, 1966.   *Samuel B. Brenner,* with him *Brenner & Brenner,* for appellant; *Jerome M. Dubyn,* with him *M. Mark Mendel,* and *Mendel, Killeen & Dubyn,* for appellee.

Order affirmed.

## Commonwealth ex rel. Stewart, Appellant, *v.* Myers.

Submitted March 21, 1966.  *Ralph G. Stewart,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.